CITY OF NEW ROCHELLE, Respondent, *v.* MORGAN H. SEACORD, Appellant.

Submitted October 3, 1955; decided October 6, 1955.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that no substantial constitutional question is presented on this record.

In the Matter of HUGH A. COULBOURN, Appellant, against MILTON L. BURNS, as County Treasurer of Suffolk County, Respondent. CAPSTONE CORPORATION et al., Movant.

Submitted October 3, 1955; decided October 6, 1955.

*Harry Hausknecht* for motion.
*Charles E. Lapp, Jr.,* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS OLIVER, Appellant.

Submitted October 3, 1955; decided October 6, 1955.

Motion for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals.